THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALONZO BRADLEY, | CASE NO. C20-1120-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KEY BANK CORPORATE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 13) of the Court's order dismissing Plaintiff's complaint and this action without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) (Dkt. No. 11).

"Motions for reconsideration are disfavored." W.D. Wash. Local Civ. R. 7(h). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id.*

Plaintiff's motion for reconsideration neither identifies a manifest error in the Court's prior order nor offers new facts or legal authority which could not have been brought tot the Court's attention earlier with reasonable diligence. (*See generally* Dkt. No. 13.) The Court

MINUTE ORDER
C20-1120-JCC
PAGE - 1

1  accordingly DENIES Plaintiff's motion for reconsideration. *See* W.D. Wash. Local Civ. R. 7(h).

2     DATED this 26th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
