THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALONZO BRADLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>KEY BANK CORPORATE,<br><br>        Defendant. | CASE NO. C20-1120-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's renewed motion for reconsideration (Dkt. No. 15). Plaintiff has attached as an exhibit to his motion an agreed order for release of impounded vehicle issued by the Thurston County Superior Court. (*See* Dkt. No. 15-1.) Plaintiff's renewed motion for reconsideration is otherwise identical to his previous motion for reconsideration. (*Compare* Dkt. No. 15, *with* Dkt. No. 13.) Plaintiff's renewed motion and attached exhibit fail to meet the standard for reconsideration of the Court's order dismissing Plaintiff's complaint and this action without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). *See* W.D. Wash. Local Civ. R. 7(h). The Court accordingly DENIES Plaintiff's renewed motion for reconsideration.

        //

MINUTE ORDER
C20-1120-JCC
PAGE - 1

1 | DATED this 4th day of September 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk